HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
Designated Counsel for Service
OFFICE OF THE FEDERAL DEFENDER
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
MIGUEL SUASTEGUI-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:16-cr-230-GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO ADVANCE TIME FOR ARRAIGNMENT |
| v. | |
| MIGUEL SUASTEGUI-HERNANDEZ, | DATE: December 15, 2016 |
| | TIME: 2:00 p.m. |
| Defendant. | JUDGE: Hon. Deborah Barnes |

Plaintiff, United States of America, by and through Assistant United States Attorney KATHERINE LYDON, and Defendant MIGUEL SUASTEGUI-HERNANDEZ, through his attorney MIA CRAGER of the Office of the Federal Defender, hereby stipulate to advance the Arraignment set for December 16, 2016 to December 15, 2016, at 2:00 p.m.

Defense counsel has an oral argument in San Francisco, California on December 16, 2016 and will be unavailable on the current scheduled date. Mr. Suastegui-Hernandez consents to advancing the initial appearance. Defense counsel has already notified the Spanish language court interpreter of this request for continuance and will notify her of the new date if the matter is continued.

//

//

| | |
|---|---|
| Dated:  December 9, 2016 | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Public Defender |
| | */s/ Mia Crager*<br>MIA CRAGER<br>Attorney for Defendant<br>MIGUEL SUASTEGUI-HERNANDEZ, |
| Dated: December 13, 2016 | PHILLIP A. TALBERT<br>United States Attorney |
| | */s/ Katherine Lydon*<br>KATHERINE LYDON<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**ORDER**

The Court has read and considered the Stipulation for shortening time pursuant to Local Rule 144(e), filed by the parties in this matter.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an advance of time for the Initial Appearance date, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

THEREFORE, FOR GOOD CAUSE SHOWN:

The date of the Initial Appearance is advanced to December 15, 2016, at 2:00 p.m.

IT IS SO ORDERED.

Dated:  December 14, 2016

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE